No. 837. JOHN MULLEN ET AL. *v.* UNITED STATES. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. C. B. Tinkham* for petitioners. *The Attorney General* for the United States.

---

No. 855. WILLIAM A. GREENE, AS TRUSTEE IN BANKRUPTCY, ETC., *v.* J. L. BOOTH, AS TRUSTEE IN BANKRUPTCY, ETC. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Walter B. Allen* for petitioner. *Mr. Challon B. Ellis* for respondent.

---

No. 862. J. W. PATT *v.* UNITED STATES. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Bryan H. Tivnen* and *Mr. Michael M. Doyle* for petitioner. *The Attorney General* for the United States.

---

No. 868. CHICAGO & ALTON RAILROAD COMPANY *v.* MARY AMBROSE, ADMINISTRATRIX, ETC. March 9, 1925. Petition for a writ of certiorari to the Kansas City Court of Appeals of the State of Missouri denied. *Mr. Charles M. Miller* and *Mr. Silas H. Strawn* for petitioner. *Mr. Mont T. Prewitt* for respondent.

---

No. 869. COMPANIA GENERAL DE TABACOS DE FILIPINAS *v.* THE INSULAR COLLECTOR OF CUSTOMS. March 9, 1925. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Harry W. VanDyke* for petitioner. *Mr. A. W. Brown* for respondent.